| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Sunny S. Sarkis (SBN 258073)<br>sunny.sarkis@stoel.com<br>Stoel Rives LLP<br>500 Capitol Mall, Ste. 1600<br>Sacramento, CA 95814<br>Telephone: 916-447-0700<br>Facsimile: 916-447-4781<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for* Amazon Capital Services, Inc. (erroneously sued as Amazon Loan Services) | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – <u>LOS ANGELES</u> DIVISION**

| In re:<br><br>SOCALDEAL, INC.,<br><br>                                                     Debtor(s). | CASE NO.: 2:18-bk-12119-RK<br>CHAPTER: 7<br>ADVERSARY NO.: 2:19-ap-01435-RK |
|---|---|
| DAVID M. GOODRICH, solely, in his capacity as Chapter 7 Trustee of the Bankruptcy Estate of SoCalDeal, Inc.,<br><br>                                                     Plaintiff(s),<br>vs.<br>AMAZON LOAN SERVICES,<br><br>                                                     Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:** (*title of motion*[1]):<br><br><u>SIXTH JOINT STIPULATION TO EXTEND DEADLINE FOR DEFENDANT AMAZON CAPITAL SERVICES, INC. TO FILE RESPONSE TO ADVERSARY COMPLAINT AND TO CONTINUE INITIAL STATUS CONFERENCE DATE</u> |

PLEASE TAKE NOTE that the order or judgment titled <u>ORDER APPROVING SIXTH JOINT STIPULATION TO EXTEND DEADLINE FOR DEFENDANT AMAZON CAPITAL SERVICES, INC. TO FILE RESPONSE TO ADVERSARY COMPLAINT AND TO CONTINUE INITIAL STATUS CONFERENCE DATE</u>
was lodged on (*date*) May 19, 2020, and is attached.  This order relates to the motion which is docket number 31.

---

[1]  Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                          Page 1                    **F 9021-1.2.ADV.NOTICE.LODGMENT**
104224570.1 0053837-00666

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

    500 Capitol Mall, Ste. 1600, Sacramento, CA 95814

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On May 19, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- David M Goodrich (TR) dgoodrich@wgllp.com; c143@ecfcbis.com; dgoodrich11@ecf.axosfs.com; lrobles@wgllp.com
- Faye C Rasch frasch@wgllp.com; kadele@wgllp.com; vrosales@wgllp.com
- Sunny S Sarkis sunny.sarkis@stoel.com; dawn.forgeur@stoel.com docketclerk@stoel.com
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On May 19, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

    Judge Robert N. Kwan
    United States Bankruptcy Court, Central District of California
    Edward R. Roybal Federal Building and Courthouse
    255 E. Temple Street, Suite 182 / Courtroom 1675
    Los Angeles, CA 90012

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on [date], I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 19, 2020 | Dawn R. Forgeur, CCLS | /s/ Dawn R. Forgeur |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*     Page 2     **F 9021-1.2.ADV.NOTICE.LODGMENT**
104224570.1 0053837-00666

SUNNY S. SARKIS (SB #258073)
sunny.sarkis@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: 916.447.0700
Facsimile: 916.447.4781

Attorney for Defendant
Amazon Capital Services, Inc.
(erroneously sued as Amazon
Loan Services)

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| IN RE SOCALDEAL, INC., <br><br>Debtor. | Parent Case No. 2:18-bk-12119-RK <br><br> Chapter 7 |
| DAVID M. GOODRICH, solely in his capacity as Chapter 7 Trustee of the Bankruptcy Estate of SoCalDeal, Inc., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON LOAN SERVICES, <br><br> Defendant. | Adv. No. 2:19-ap-01435-RK <br><br>**ORDER APPROVING SIXTH JOINT STIPULATION TO EXTEND DEADLINE FOR DEFENDANT AMAZON CAPITAL SERVICES, INC. TO FILE RESPONSE TO ADVERSARY COMPLAINT AND TO CONTINUE INITIAL STATUS CONFERENCE DATE** |

On or around May 19, 2020, Plaintiff and Chapter 7 Trustee DAVID M. GOODRICH (the "Trustee" or "Plaintiff"), by and through his counsel Faye C. Rasch of Weiland Golden Goodrich LLP, and Defendant AMAZON CAPITAL SERVICES, INC. (erroneously sued as Amazon Loan Services) ("Amazon" or "Defendant"), by and through its counsel Sunny S. Sarkis of Stoel Rives LLP, filed a Sixth Joint Stipulation to Extend the Deadline for Amazon Capital Services, Inc. to File a Response to Adversary Complaint and to Continue Initial Status Conference Date (the "Sixth Joint Stipulation").

1  The Court, having considered the Sixth Joint Stipulation, and good cause appearing, hereby rules as follows:

1. The May 19, 2020 Sixth Joint Stipulation, submitted by the Trustee and Amazon, is **APPROVED**.

2. Defendant Amazon will have an extension of thirty (30) days, to June 18, 2020, or to the following date more convenient to this Court: _____ to respond to the Adversary Complaint (filed by the Trustee on October 2, 2019);

3. The Initial Status Conference scheduled for July 21, 2020 is continued by thirty (30) days to August 20, 2020, at 1:30 p.m., or to the following date more convenient to this Court: _____; and

4. The deadline for filing a Joint Status Report is extended by thirty (30) days to July 15, 2020, or to the following date more convenient to this Court: _____.

**IT IS SO ORDERED.**

###